# Court of Appeals
# of the State of Georgia

ATLANTA,____May 15, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15D0374.   CHARLES BOYD et al. v. AMERICAN HOMES 4 RENT
PROPERTIES TWO, LLC.**

Charles and Steffani Boyd, through attorney Grady Roberts, seek discretionary review of the superior court's decision in this dispossessory proceeding.[1]  The application purports to challenge the superior court's March 12, 2015, oral order granting a writ of possession to the opposing party.  However, oral rulings are not subject to appellate review.  See *Titelman v. Stedman*, 277 Ga. 460 (591 SE2d 774) (2003) (a court's ruling is not subject to appellate review until it is reduced to writing, signed by the judge, and filed by the clerk).

Moreover, we have already rejected the Boyds' attempt to obtain discretionary review of the writ of possession in this proceeding.  See Case No. A15D0063 (denied on October 20, 2014).[2]  Accordingly, under the doctrine of res judicata, we lack jurisdiction to consider the Boyds' latest challenge to this ruling.  See *Stirling v. State*, 199 Ga. App. 877 (406 SE2d 282) (1991) ("It is axiomatic that the same issue cannot be relitigated *ad infinitum*.").  For these reasons, the application is hereby DISMISSED for lack of jurisdiction.

Pursuant to Court of Appeals Rule 15, this Court may penalize a party or an

_____

[1] The application was filed in the Supreme Court, which transferred the matter here.

[2] In a related application, we denied the Boyds' request for appellate review of the superior court's dismissal of their notice of appeal from the re-entered writ of possession.  See Case No. A15D0232 (denied on February 17, 2015).

attorney for filing an application for discretionary appeal that is determined to be frivolous. Because we have already rejected the Boyds' request for discretionary review of the writ of possession in this case, this application is frivolous. Accordingly, we hereby fine Grady Roberts $500 for filing the application. This penalty is imposed against attorney Grady Roberts, not against applicants Charles and Steffani Boyd. In accordance with the provisions described in Rule 15 (c), the trial court is DIRECTED to enter this judgment in favor of American Homes 4 Rent Properties Two, LLC, and against attorney Grady Roberts and his firm, Roberts Law, LLC.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 05/15/2015

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*